IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICK PEARSON                                    PLAINTIFF

v.                      No. 4:17-cv-693-DPM

DOC HOLLADAY*                                      DEFENDANT

ORDER

Unopposed recommendation, № 13, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Pearson's complaint will be dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 January 2018

---

* The Court directs the Clerk to further correct the style. Holladay is the Pulaski County Sheriff. He's responsible for the Pulaski County Regional Detention Facility, but there's no need for that information to be in the style of the case.